**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6541**

CHARLES LEONARD GALLOWAY,

             Plaintiff – Appellant,

      v.

USA,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen L. Hollander, District Judge. (1:16-cv-00578-ELH)

Submitted:  June 23, 2016            Decided:  June 29, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Leonard Galloway, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Leonard Galloway seeks to appeal the district court's order transferring his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), to another district. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Galloway seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See TechnoSteel, LLC v. Beers Constr. Co., 271 F.3d 151, 154 & n.2 (4th Cir. 2001). Accordingly, we deny Galloway's motion to assign counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2